STATE OF CONNECTICUT *v.* EARL FLETCHER

The state's petition for certification for appeal from the Appellate Court, 10 Conn. App. 697, is granted, with limitation.

*Richard F. Jacobson,* assistant state's attorney, in support of the petition.

*William R. Schipul,* assistant public defender, in opposition.

Decided June 4, 1987

STATE OF CONNECTICUT *v.* JOSE P. RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 357, is denied.

*Helen R. Kone,* in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided June 4, 1987

STATE OF CONNECTICUT *v.* JOANNE NORMA SCOTT

STATE OF CONNECTICUT *v.* ALAN BARBARY

STATE OF CONNECTICUT *v.* JAMES LEE HARRISON

The defendant James Lee Harrison's petition for certification for appeal from the Appellate Court, 10 Conn. App. 347, is denied.

*Steven D. Jacobs,* in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided June 4, 1987